**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Herbert COUNCIL, Defendant–
Appellant.**

**No. 07–7170.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 24, 2008.

Herbert Council, Appellant Pro Se.

Before TRAXLER, SHEDD, and
DUNCAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Herbert Council appeals the district
court's order denying his "Motion for the
Court to Enter an Order for Immediate
Relief." We have reviewed the record and
find no reversible error. Accordingly, we
affirm for the reasons stated by the district court. *United States v. Council,* No.
3:92–cr–00097–GCM (W.D.N.C. July 24,
2007). We deny Council's motion for bail
pending appeal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument
would not aid the decisional process.

*AFFIRMED*